IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELINDA D. HANKINS                                                           PLAINTIFF

VS.                              4:17-CV-00761 BRW-JTK

SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly the Commissioner's decision is AFFIRMED, and Plaintiff Melinda D. Hankins's Complaint (Doc. No. 1) is DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of September, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE