IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELINDA D. HANKINS                                                         PLAINTIFF

VS.                               4:17-CV-00761 BRW-JTK

SOCIAL SECURITY ADMINISTRATION                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 25th day of September, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE